IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:07CR3056 |
| ) | |
| DESHAWN M. FLETCHER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 71, now set for November 23, 2010, at 12:00 noon until a date certain in approximately one week.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until further order of the court.  Counsel shall contact my judicial assistant on Monday, November 29, 2010, to reschedule.

Dated this 23rd day of November, 2010.

BY THE COURT:
s/ *Richard G. Kopf*
Richard G. Kopf
United States District Judge