IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>     Plaintiff,              )<br>                              )<br>vs.                           )<br>                              )<br>DESHAWN MAURICE FLETCHER,     )<br>                              )<br>     Defendant.              )<br>                              ) | 4:07CR3056<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

July 26, 2012                         BY THE COURT:

                                      *s/Cheryl R. Zwart*
                                      United States Magistrate Judge