IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3056 |
| | ) | 4:12CR3075 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DESHAWN MAURICE FLETCHER, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion for copies (filing 94 in Case No. 4:07CR3056; filing 43 in Case No. 4:12CR3075) is denied.

   Dated January 22, 2015.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge